IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN CORP., PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1<br>        Plaintiff,<br><br>v.<br><br>ALAN BATTLE<br>        Defendant | § § § § § § § § § § § § § | Civil Action No. 4:22-cv-90 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, HSBC Bank USA, National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 ("**Plaintiff**" or "**Trustee**") hereby file this Notice of Dismissal without Prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1. Plaintiff filed this action on January 10, 2022. Defendant has been served but has not yet appeared in this action, therefore his consent for dismissal is not required.

2. Plaintiff hereby dismisses all claims against Defendant, Alan Battle ("Defendant") without prejudice.

3. This Notice disposes of all pending claims.

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiff against Defendant are dismissed without prejudice.

Respectfully submitted,

By: /s/ Michael F. Hord Jr.
Michael F. Hord Jr.
State Bar No. 00784294
Federal I.D. No. 16035
Eric C. Mettenbrink
State Bar No. 24043819
Federal I.D. No. 569887
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002-2772
713-220-9182 Telephone
713-223-9319 Facsimile
E-mail: mhord@hirschwest.com
Email:  emettenbrink@hirschwest.com

**ATTORNEYS FOR PLAINTIFF**

2